FILED
2023 Sep-29  PM 03:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **AMY NICOLE SEAL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:23-cv-01295 (LCB) |
| ) | |
| **VGW, LTD., VGW HOLDINGS,** ) | |
| **US, INC., VGW US, INC., VGW** ) | |
| **LUCKYLAND, INC.** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants VGW Holdings Ltd.,[1] VGW Holdings US Inc., VGW US Inc., and VGW Luckyland Inc. (collectively, the "VGW Group"), by counsel, state that VGW Holdings Ltd. is the ultimate parent company of VGW Holdings US Inc., VGW US Inc. and VGW Luckyland Inc.  VGW Holdings Ltd. is a foreign, public unlisted company incorporated and headquartered in Australia.  VGW Holdings US Inc., VGW US Inc., and VGW Luckyland Inc. are each Delaware companies headquartered in Delaware.  No publicly traded company owns 10% or more of the stock of the VGW Group.

---

[1] VGW Holdings Ltd. is incorrectly named in the Complaint as VGW, Ltd.

Dated: September 29, 2023                              Respectfully Submitted,

*/s/ John Earnhardt*
John Earnhardt (ASB-3724-A49J)
MAYNARD NEXSEN
1901 Sixth Ave N, Suite 1700
Birmingham, AL 35203
Tel: (205) 254-1204
jearnhardt@maynardnexsen.com

*Attorney for Defendants VGW Holdings Ltd., VGW Holdings US Inc., VGW US Inc., and VGW Luckyland Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September 2023, the foregoing document was served on counsel of record for Plaintiff Amy Nicole Seal, listed below, via email and certified mail:

Jeffrey L. Bowling
BEDFORD, ROGERS &BOWLING, P.C.
303 North Jackson Street
P.O. Box 669
Russellville, AL 35653-0669
Telephone: 256.332.2880
jeffbrbpc@bellsouth.net

D. Frank Davis (DAV009)
John E. Norris (NOR041)
Wesley W. Barnett (BAR141)
Dargan M. Ware (WAR089)
DAVIS & NORRIS, LLP
2154 Highland Avenue S.
Birmingham, AL 35205
Telephone: 205.930.9900
Facsimile: 205.930.9989
fdavis@davisnorris.com
inorris@davisnorris.com
wbarnett@davisnorris.com
dware@davisnorris.com

*Counsel for Plaintiff Amy Nicole Seal*

*/s/ John Earnhardt*
John Earnhardt